**2** CORNELIA M. MONAHAN, Respondent, v WERNER L. LOEB et al., Appellants, et al., Defendant. — Motion to dismiss appeal from order dated August 19, 1981, granted without costs (see *Weber v Cassius,* 46 AD2d 976). Motion, pursuant to 22 NYCRR 800.12 of the Rules of Practice, to dismiss appeal from order dated June 29, 1981, as abandoned, granted without costs, upon the ground that the papers fail to establish a reasonable excuse for the delay. Sweeney, J. P., Kane, Main, Casey and Mikoll, JJ., concur.

■ ERNEST W. KUNZ et al., Appellants, v ROBERT T. JOYCE et al., Respondents. — Motion to dismiss appeal granted, without costs. The appeal from the order entered June 30, 1982, was not timely taken (CPLR 5513, subd [a]). The order entered March 16, 1983, denied what was essentially a motion for reargument and is, therefore, not appealable (*Weber v Cassius,* 46 AD2d 976). Mahoney, P. J., Sweeney, Kane, Weiss and Levine, JJ., concur.

## (June 29, 1983)

■ In the Matter of JANET VAN LOAN, Petitioner, v JOSEPH A. MOGAVERO et al., Respondents. — Application, pursuant to CPLR article 78, for judgment in the nature of prohibition, denied, and petition dated June 16, 1983, dismissed upon the ground that prohibition does not lie (see *Matter of State of New York v King,* 36 NY2d 59, 62). Mahoney, P. J., Sweeney, Main, Casey and Weiss, JJ., concur.